IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | No. 18-6871(L) |
| ) | No. 18-6970 |
| SEIFULLAH CHAPMAN AND ) | |
| MASOUD KHAN, ) | |
| ) | |
| Defendants-Appellees. ) | |

**Unopposed Motion by the United States To Dismiss Appeal**

In view of *United States v. Davis*, 139 S. Ct. 2319 (2019) (striking down the residual clause of 18 U.S.C. § 924(c)(3)(B) as unconstitutionally vague), and *United States v. Simms*, 914 F.3d 229 (4th Cir. 2019) (en banc) (holding, in part, that conspiracy offenses do not qualify as crimes of violence under 18 U.S.C. § 924(c)(3)(A)), the United States, the appellant in this consolidated appeal, moves to dismiss its appeal voluntarily under Federal Rule of Appellate Procedure 42(b).

Defendants do not oppose the government's motion.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Gordon D. Kromberg
John T. Gibbs
Richard D. Cooke
Daniel T. Young
Assistant United States Attorneys
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

**Certificate of Service**

I certify that on September 17, 2019, I filed electronically the foregoing response with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

By: _____/s/_____
Daniel T. Young
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
daniel.young@usdoj.gov